**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) EYE INJURY PRODUCTS LIABILITY LITIGATION** | **MDL No. 3023** |
| | **Section: "H" (5)** |
| **This Document Relates to:** | **HON. JANE T. MILAZZO** |
| Francisca Meza v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC<br><br>EDLA No. [xx-xxxx] | |

### SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaints and Jury Demands Filed in the above-referenced case on May 13, 2022 (Docs. 25 & 26). Pursuant to Case Management Order No. 2, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaints against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Francisca Meza

2. Spousal Plaintiff of other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not Applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Current State of Residence: Texas

5. State in which Plaintiff(s) allege(s) injury: Texas

1

6.  Defendants (check all Defendants against whom a Complaint is made):

   a.   Taxotere Brand Name Defendants

     [X] A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

     [X] B.   Sanofi-Aventis U.S. LLC

   b.   Other Brand Name Drug Sponsors, Manufacturers, Distributors

     [ ] A.   Sandoz, Inc.

     [ ] B.   Accord Healthcare, Inc.

     [ ] C.   McKesson Corporation d/b/a McKesson Packaging

     [ ] D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

     [ ] E.   Hospira, Inc.

     [ ] F.   Sun Pharma Global FZE

     [ ] G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.

     [ ] H.   Pfizer Inc.

     [ ] I.   Actavis Pharma Inc.

     [ ] J.   Actavis LLC f/k/a Actavis Inc.

     [ ] K.   Sagent Pharmaceuticals, Inc.

     [ ] L.   Eagle Pharmaceuticals, Inc.

     [ ] M.   Teikoku Pharma USA, Inc.

     [ ] N.   Other:

7.  Basis for Jurisdiction:

    Diversity of Citizenship

    Other (any additional basis for jurisdiction must be pled in sufficient detail as
    required by the applicable Federal Rules of Civil Procedure):

8.  Venue:

    District Court and Division in which remand and trial is proper and where you might

    have otherwise filed this Short Form Complaint absent the direct filing order entered by

    this Court:

    Western District of Texas

9.  Brand Product(s) used by Plaintiff (check applicable);

    [X]  A.   Taxotere

    [ ]  B.   Docefrez

    [ ]  C.   Docetaxel Injection

☐    D.    Docetaxel Injection Concentrate

☐    E.    Unknown

☐    F.    Other:

10. First Date and last date of use (or approximate date range, if specific dates are unknown)

     for Products identified in question 9:

Approximately February 26, 2008 through April 8, 2008.

11. State in which Product(s) identified in question 9 was/were administered:

Texas

12. Alleged injury:

> Plaintiff suffers from chronic and debilitating epiphora due to damage to the lacrimal drainage system.

13. Counts in Master Complaint brought by Plaintiff(s):

[X]  Count I – Strict Products Liability – Failure to Warn

[X]  Count II - Negligence

[X]  Count III – Negligent Misrepresentation

[X]  Count IV – Fraudulent Misrepresentation

[X]  Count V – Fraudulent Concealment

[ ]  Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below if Plaintiff(s) includes additional theories of recovery. The specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email address(es) and Mailing Address(es) representing the Plaintiff(s):

*/s/ Patrick O. Hotze*
Patrick O. Hotze, TX Bar 24047692
Karen Cannon Shanks, TX Bar 24006955
Justin E. Dunlap, TX Bar 24040835
**HOTZE RUNKLE PLLC**
1101 S. Capital of Texas Highway
Building C, Suite 100
West Lake Hills, Texas 78746
Tel: (512) 476-7771
Fax: (512) 476-7781
photze@hotzerunkle.com
karen@hotzerunkle.com
justin@hotzerunkle.com

*/s/ Richard M. Paul, III*
Richard M. Paul, III, MO Bar 44233
Laura C. Fellows, MO Bar 65896
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Tel: (816) 683-4326
Fax: (816) 984-8101
rick@paulllp.com
laura@paulllp.com